M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 OCT -9 A 9:37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JIMMY HOLLIMAN W/M ET,AL INMATES: ELMORE CORRECTIONAL FACILITY:
Full name and prison name of
Plaintiff(s) Rocretus Jackson 278331
et al

v.

CIVIL ACTION NO. 2:20-cv-00833-RAH-KFP
(To be supplied by Clerk of U.S. District Court)

JEFFERSON DUNN, CHERYL PRICE.
CITY, COUNTY, COMMISSION ELMORE
MAYOR OF ELMORE COUNTY, ALABAMA
ELMORE HEALTH DEPARTMENT, BUILDING
INSPECTOR: ET.AL DEFENSANTS
CHARLES GRADDITT. et. al.
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            
            NA
            
            _____

            Defendant(s) _____
            
            NA
            
            _____

        2.  Court (if federal court, name the district; if state court, name the county)
            
            _____
            
            N
            
            A

3. Docket number __NA__

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N__

6. Approximate date of filing lawsuit __A__

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT __NA__ __ELMORE CORRECTIONAL FACILITY.__

__2690 MARION SPILLWAY RD. ELMORE, ALA 36025__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __ELMORE CORRECTIONAL__

IN PRESENT OF ~~COI.TIEARA M.MAHONE~~, COI.C.JOHNSON, R.JOHNSON, COI, WILSON, COI.CHRISTOPHEN.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS / SUIT-310

1. CHARLIE GRADDITT, 100 CAPITAL COMMERANCE BLV MONT. ALA 36117
2. JEFFERSON DUNN, 301 SOUTH RIPLEY ST.MONTGOMERY, AL 36104 ET, AL.
   Elmore County Court House, Elmore Al 36025
3. CITY, COUNTY COMMISSION ELMORE MAYOR, ELMORE, ALA 36205 et, al
4. ELMORE COUNTY HEALTH DEPARTMENT, ELMORE, ALA 36025 ET, AL,.
5. A.D.O.C. I.N.I. 301 SOUTH RIPLEY ST MONTGOMERY, AL 36104 ET, AL,. (Ins.Shepard. MR. HULK.I.N.I.)
6. WARDEN JEFFERY BALDWIN 2690 MARION SPILLWAY RD ELMORE, AL 36025
7. CAPTAIN(S) CHARMELLE LUCKIE, CHARLE E. MCKEE 2690 MARION SPILLWAR RD
   301 RIPLEY ST. 8. A.D.O.C. Personal Board Director ELMORE, ALA 36025
   Mont.AL 36104

THE DATE UPON WHICH SAID VIOLATION OCCURRED

DURING THE YEAR OF 2020 FIRST AROUND FEB MARCH APRIL MAY.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

This is an 8th & 14th Amd.violation

GROUND ONE: I WAS SEVERLY BURNED WITH "HOT" WARTER BY INMATES WHILE THE NAMED OFFICER(S) WATCHED. NEGLECT TO PROTECT, PROVIDE ADEQUATE SECURITY, DENIAL OF A MEDICAL FACILITY AT ELMORE PRISON. LACK OF SECURITY, THE BUILDING IS DILAPIDATED, RATS, ROCHES, "MOLD" ANT"S, LEAKING CEILINGS In Bath Room
#2 B1-B2.C1.C2 Missing lights in Dorms, AND THE SHOWER(S) ARE FULL OF THICK "MOLD" ON FLOORS ALSO. WIRES ALL OUT OF THE SOCKET"S, SHOWER(S) ARE LEAKING THROUGH WALL'S INTO T.V. ROOM OF INMATES. Over Crowding - Living Area Ceilings Dilapidated All leaking all over the inmates. There's no proper Heat to Be provided to keep the inmates properly warm as its getting cold now and Heat is Needed to Fight off Covid-19. This is 8th and 14th Amend. violation. Living Conditions Pess Bully Unconstitutional.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

THE PRISON COMMISSIONER IS OVER THE OPERATION OF A.D.O.C AND EMPLOYEES AND ITS UP KEEP. THE OFFICERS IN THIS LAW SUITE HAS SHOWN NEGLECT AND ABUSE TO CAUSE ME HARM AND ASSAULT BY OTHER INMATES WHILE THE OFFICER LOOK AND DID NOTHING AT ALL TO PREVENT THIS OFFENSE FROM HAPPENING. WHERE OTHER INMATES ALSO HAVE BEEN ASSAULTED DOCUMENTS ATTACHED:

GROUND TWO:
THEIR IS A CONSTANT USE OF FORCE BEING USED HERE AT ELMORE BY THE NAMED DEFENDANTS LISTED IN THIS LAW SUITE:WHO HAVE VIOLATED A.R.208 OFFICIAL CONDUCT TO CAUSE INJURY,PAIN,ABUSE,HASSAMENT,ASSAULTS,ON INMATES BY OFFICE SUPPORTING FACTS: THIS IS A CIVIL RIGHT VIOLATION OF 8th AND 14thAMENDMENT RIGHTS TO BE PROTECTED FROM HARM,ABUSE,NEGLECT,ASSAULTS,WHEN KNOWN BY THE OFFICIALS OF THE INJURIES THAT ARE ABOUT TO HAPPEN WHEN THE OFFICERS HAVE PLACED THE HIT"S ON THE INMATE.THESE OFFICERS ARE TO BE PUT IN FEDERAL PRISON.WHERE THE FOOD, AND CLASSIFICATION HERE AT ELMORE PRISON IS ALSO BROKE DOWN,RATS IN THE KITCHEN,ROCHES,ANT'S,MICE,FOOD UNNUTRISHING.NOT AT ALL "FRIING CHICKEN ENOUGH IN THE MOTH'S ON "SUNDAY"S". WHERE BAKE, AND
GROUND THREE: INMATES FOOD IS NOT ENOUGH OR NUTRICTION OR HEATHY TO EAT.
BAR-B-QUE,THE MEAT IS NOT BEING COOKED ENOUGH TO SAY IT DUNN ENOUGH TO EAT WHERE I WAS ASSAULTED BY INMATES AND THESES OFFICIALS NEW OF IT AND DID NO ATTEMP TO HELP ME OUT,WHERE COI,OFFICER BUCK W/M ASSASTED ME AFTER BEING NEGELECTED ASSALTED,AND DENIED THE ADEQUATE MEDICAL CARE BY THE A.D.O.C.
SUPPORTING FACTS: A.D.O.C. HAS AN OFFICER "ROVER" A.R.506 AND "DORM OFFICER STANDARD OPERATING PROCEDURE,508.WHERE NO OFFICER WAS IN THE DORM,AND THE

OTHER INMATES IN THIS CASE AS PLAINTIFF WERE SOME OF THEM SABEDD,AND NO OFFICERS WERE PRESENT AS OF THE RULES OF A.D.O.C.NEGLECTED TO DO THEIR JOB COUNTY COSSISSIONERS,CITY COUNSELMEN,AND MAYOR OF ELMORE.KNOWS THAT THIS BUILDING ID CONDIM AND UNFIT TO HAVE ANY (LIFE-FORM) LIVING IN THIS UNFIT PLACE AS A PRISON WITH ASBESTISS,MOLD IN SHOWERS,THE ROOF:RATS,ROCHES,MICE CLASSIFIACTION BRAKE DOWWN.WERE THEY ARE NOT PUTTING INMATS IN FOR PROPER PLACEMENT AS OF THE RULES STATES FOR HONOR-CAMP'S AND WORK-RELEASES,BUT IN STAED, "KEE-HH...."DRINK-COFFEE-ECT,"GO-TO-LUNCH ALL-DAY"AND COME BACK AND STILL DO NOTHING AT ALL :DENING THE DHT INMATES PROPER PLACEMENT AS OF THE A.D.O.C. CLASSIFICATION MANUAL STATES "VIOLATES INMATES DUE PROCESS RIGHTS TO PROPER PLACEMENT AND NOT TO TELL HIM WHY HE"SNOT AT PLACE HE SHOULD BE. VIOLATED PLAINTIFFS 8th AND 14th AMENDMENT RIGHTS UNDER THE U.S.CONST,1901.

```
                                    )
    JIMMY HOLLIMAN,#224448 W/M      )       RECEIVED
                                    )
    PLAINTIFF,et,al,.               )       2020 OCT -9 A 9:38
                                    )
    ALOYSIUS THADDEUS HENRY.152683. )       DEBRA P. HACKETT, CLK
    Richard Morgan 115428 B/M       )       U.S. DISTRICT COURT
    PLAINTIFF,et,al,.               )       MIDDLE DISTRICT ALA
    CORNELIUS JACKSON 278331        )
    VS. Willie Crochet 24155        )       CASE NO._____
                                    )
    ELMORE COUNTY COMMISSIONERet,al )
    ELMORE CITY COUNSELMENet,al,.   )
    PRISON                          )
                                    )
```

THIS IS A CIVIL LAW SUITE BEING FILED BY INMATES AT ELMORE PRISON AGAINST THE CITY OF ELMORE AND THE COUNTY OF ELMORE FOR THE NEGLGENT ACTS OF 8th AND 14th AMENDMENT CONSTITUTIONAL VIOLATIONS TO SUBJECT INMATES TO CRUEL AND UNUSUAL PUNISHMENT,LACK OF SECURITY,LIVING IN DANGERIOUS BUILDING WITH WIRES HANGING FROM THE PLUGS,AND HOT WARTER PIPES ARE ALL OVER THE HEADS OF INMATES WITHIN THE BUILDING OF ELMORE WHICH IS A SAFITY HAZARD, AND ROCHES AND RATS AND SNAKES ANDBUGS AND THE BATHROOMS ARE DELAPIDATED FILTHY,8-TOLET'S AND 8-SINK'S AND 1-PISS-UNIRAL WITH 196 OR 197 INMATES WITHIN ONE DORM.VENTALATION IS VERY BAD NO PROPER AIR FLOW THREW WINDOWS OR BLOWERS THAT ARE NOT WORKING ON THE TOP OF THE BUILDING HERE AT ELMORE PRISON. AND THE FOOD IS VERY UNCLEAN UNHEALTHY,AND NOT NUTRIONING GLASSES IN KITCHEN NOT CLEAN TO DRINK OUT OF AND THE KITCHEN IS FULL OF RAT'S AND MICE AND BUG'S AND ROACHES BIG AND IT'S DUE TO BE CLOSE DOWN BY THE HEATH DEPARTMENT WHERE ONLY WARDENS FROM OTHER PRISON(S) THREWOUT ALABAMA DEPARTMENT OF CORRECTIONS IS THE PERSON"S THAT STATE THESE PRISON(S) ARE LIVEABLE AND MANAGABLE,AND SAFE,AND SECURE, AND KITCHEN(S) ARE UP TO STANDARD(S) WITH PROPER KITCHEN EQUIPEMENT TO MAINTAIN THE KITCHEN UP KEEP AND CLEANESS WHICH IS NOT BEING DONE AT ALL.

THE OVERCROWDING IS A FIRE & SAFITY HAZORD OF THE Alabama Department of "HEALTH STATE OF ALABAMA." FIREMARSHALL-Elmore WILL BE Held liable To Allow run down and Infested Building's To Still operate

Petitioner Jimmy Holloman et al STATES, A Inmate Name Cornelius JACKSON Died at Elmore Feb. 2. 2020. From: <u>LACK OF Medical Treatment</u>, <u>The Denial OF Medical Treatment</u> "C.F.N.F." <u>The Inadeqecate OF A Medical FACILITY at This Prison is A Serious Matter</u>, Where More Then (20) Inmates Have died here at This prison Due To Neglence, Neglect, OVER CRouding, under STAFF'd, LACK OF proper TRaining, And LACK of Medical Life Skill's on saving Life's. And NO CAmer's operating in The Dorms of A1- A2 - B1-B2-C1-C2 BACK-GATE ~ Holding Cell's BACK GATE And Inmate Houseing in The Shift office Without ANY <u>Running WARTER, OR TOIlets</u> OR Showers For The Inmates To shower When Needed is A Automatic constitutional Violation Illegal cell Housing. (Shift office). Wheres The Capisity within The Building's here are at Full Capisity. And is A Health code issue. W/ on population are Fire HALArds violated The 8th And 14th Amendment Rights of plaintiff's - Wrongfull Death of Inmate Jackson in Feb 2020. At Elmore by Officers.

4.

PLAINTIFF"S STATE THIS IS A CIVIL ACTION SEEKING DAMAGES AGAIINST
DEFENDANTS FOR COMMITTING ACTS, UNDER COLOR OR LAW, WHICH DEPRIVED
THE PLAINTIFF"S OF RIGHTS SECURED UNDER THE CONSTITUTION AND LAWS OF
THE UNITED STATES. Petitioner's state over 30-60-inmates died here at Elmore prison out of the past 10-years or less. Where this is a wrongfull death Neglegent Claim for Cornellus Jackson 278331. who died due to cos. which is Allowed him to die when other inmates tried here to seek for help. where every cub/c has a phone to call 911s this is negleace.

PLAINTIFF JIMMY HOLLIMAN, WAS SEVERLY BURNED BY SCALDING "HOT" WARTER
WHERE OFFICER BUCK ASSISTED THIS INMATE WHEN OTHER OFFICERS WERE NOT
PRESENT AT ALL. SEE The Photo's provided as stricker proof.
JUST AS WHEN THE INMATE ALOYSIUS THADDEUS HENRY WAS ASSAULTED BY THE
OFFICERS AND THE INMATE THAT BEAT HIS BACK WITH A BELT AND STICK WHILE
OFFICERS LOOKD AT THE ASSAULT ON THE INMATE WHICH WAS CALLED ON BY THE
OFFICERES AT ELMORE, BOTH (JOHNSONS AND THE OTHER OFFICER NO LONGER WORK
AT ELMORE WHO WAS FIRED FOR ABUSE AND ASSAULTS ON INMATES JUST AS MYSELF.

PLAINTIFF STATES THAT THE CLOTHING IN THE PRISON IS BAD WITH NO SOCK"S
NO PAINT"S AND NO T-SHIRT'S AND NO SHOES OR BOOTS FOR THE INMATES AND
NO SOAP OR TOWELS FOR THE INMATES Boxer's THEN IN THE BATHROOMS AT ELMORE
THE SILLING HAS FALLIN DOWN IN ALL OF THE BATHROOM IN THE DORMS OF A-1
A-2 B-1 B-2 C-1 C-2. WHERE THROUGH THE TIME OVER THE YEARS THE VENTALATION
VENTS WITHIN THE DORMS ARE OLD AND NEED REPLACING WERE THEY ARE NOT
WORKING AT ALL PROPERLY, AND THE WARTER IS VERY BAD. SMELL"S LIKE FECES.
THE LACK OF SECURITY AND THE LACK OF A <u>MEDICAL FACILITY</u> TO PROVIDE THE
PROPER MEDICAL TREATMENT FOR THE INMATES AFTER OR BEFORE AN INMATE IS
INJURIED IS VERY MUCH NEEDED TO PROTECT THE (LIFE) OF THE PERSON's HERE
THERE IS AN OFFICER REGULATION, AND A ROVER REGULATION FOR THE DORMS, A.D.O.C Rule A.R 506 50 B
WERE THE OFFICERS DO NOT PATROL THE DORMS AS REQUIRED AS OF THE RULES
OF A.D.O.C. or protect inmates from Harm.

# COMPLAINTIFF

I WAS HASSAAUL

INMATES, STATES THAT CHARLIE GRADDITT IS A CONFLICT OF ENTREST TO SIT ON THE ALABAMA BOARD OF PARDONS AND PAROLES AND HAS INMATES IN PRISON THAT HE ALSO FOUGHT TO KEEP BEHIND BARS WHEN GRADDITT WAS THE ATTRONEY GENRAL OF THE STATE OF ALABAMA, AND WAS A JUDGE IN MOBILE COUNTY, ALABAMA WHICH IS A CONFLICY OF ENTREST WHERE INMATES WHO BEEN DENIED PAROLE MUST FILE THERE APPEAL TO THE DIRECTOR OF PAROLE BOARD: WHICH IS CHARLIE GRADDIT. THE PERSON WHO SENTENCE YOU TO PRISON. **WHY IS IT, I CAN SEE THIS, IM SURE GOV.KAY IVEY.KNOWS THIS:** WHERE THIS IS A VIOLATION OF INMATES 8th AND 14th AMENDMENT RIGHTS UNDER EQUAL PROTECTION CLAUS.AND HE SHOULD NOT BE ON THE PAROLE BOARD AT ALL,AND HES HA SENTENCED INMATES TO PRISON, AND NOW MUST DETERMINE THEIR PAROLE FATE:

CHARLIE GRADDITT,IS A CONFLICT OF ENTREST TO THE INMATES IN PRISON AS OF BEING GRANTED PAROLE WHEN HE SENTENCED SOME OF THE INMATES FROM MOBILE, AND FOUGHT TO KEEP OTHERS IN PRISON OVER THE PAST DACADES.

This man got people in prison over 80 years ago on this 446-Act of 1275. Which is illegal and which is "Not Law," But A unconstitutional in Hincement that violates the 8th and 14th Amendment Rights of the Defendant.

The officials here at Elmore also will not provide the inmates with air Heat at all within the dorms. Where Blowers should be placed within the dorms to keep the inmates warm in this cold weather.

PLAINTIFF"S WHERE DEPRIVED OF THEIR CONSTITUTIONAL RIGHTS BY THE NEGLENT ACTS OF THE DEFENDANTS THAT ARE LISTED WITHIN THIS COMPLAINT.

PAIN AND MORE PAIN WHERE THE PLAINTIFF HAS NOT RECEIVED ANY ADEQUATE MEDICAL TREATMENT FOR HIS INJURIES AFTER BEING SCALDED BY THIS VERY "HOT" WARTER WHERE THE PLAINTIFF HAD TO RECEIVE SKIN DRAFF TO REPLACE SKIN FROM WHERE IT WAS LOSS FROM THE "HOT" WARTER.

PLAINTIFF STATES THAT THEIR IS NO REHABILATITION PROGRAMS OR SCHOOL PROGRAMS TO TAKE AT THIS TIME.AND WHERE INMATES ARE TO TAKE PROGRAMS AS OF SAP OR ANGERMANAGEMENT OR STRESSMANAGEMENT ELMORE PRISON DO NOT HAVE A TRAINING PROGRAM SCHOOL OIR

Plaintiff states, The 8th and 14th cont deduction comes from the over crowding, where this camp, and building is not equipped to hold this many inmates at all. It does not const right to the over crowding and living conditions which are dangerous than ever.

CERTIFICATE OF SERVICE

I HAVE SERVED A COPY OF THE FOREGOING ONTO THE COURTS BY U.S. MAIL ON THIS THE 28th DAY OF Sept 2020.

PLAINTIFF"S _Jimmy Williams_ A.I.S. 224448

PLAINTIFF"S _[signature]_ A.I.S. 124111

2690 MARION SPILLWAY RD.

ELMORE, ALABAMA 36025

DORM-B1

CCF:

PLAINTIFF STATES NO OFFICERS HERE AT ELMORE IS WEARING A "MASK" AND THE ARE ENTERING THE DORMS WITHOUT GLOVES AND WERE NOT GETTING ANY HYGINEN SUPPLIES AT ALL. WHERE INMATE MOVEMENT IS RESTRICTED FOR NO REASO AT ALL. THE DOORS ON THE DORMS ARE ALWAYS LOCKED DOWN WHILE THE OFFICERS ARE IN THE CUBIC ON THE PHNE ALL DAY AND ALL NIGHT ANDTHE OFFICERS CUBIC AREA IS SECURED MORE TIGHTLY THEN THE INMATES SECURITY. WHERE OFFICERS JUST CAUSE FIGHTS BETWEEN INMATES ON PERPURPOSE AND THE SUPERVISORS ALLOWIT TO HAPPEN, AND FIGHTS ON OTHERINMATES AWL THEWIME. THIS ABUSE AND ILL TREATING INMATE HERE AT ELMORE PRISON WHERE THEIR IS NOT HEALTH CAREUNIT AT ALL IN THE CASE OF AN EMERGENCY WITH AN OFFICER JUST AS WELL WITH AN INMATE. "DEATH" WILL ACCURE WHERE THEIR IS NO HELP AT ALL AND THE INMATES ARE BEING TREATED LIKE DOGS BY THE OFFICERS, AND OFFICIALS OF SUPERVISORY POSSESSIONS: VIOLATED THE 8th AND 14th AMENDMENT RIGHTS OF THE INMATES WHILE THE OFFICIALS WERE ACTING UNDER COLOR OF STATE AND FEDERAL LAWS TO DEPRIVE THE INMATES OF THEIR GUARTEED CONSTITU TIONAL RIGHTS BY THE U.S. CONSTITUTION OF 1901.

SEE, EXHIBIT -A

What officers are not doing And supervisors Also,

I. Aloysius T-Henry #152683    COMPLAINTIFF:

I ALSO HAVE A USE OF FORCE COMPLAINT FILED AGAINST THE OFFICIALS HERE AT ELMORE PRISON BY THE I.N.I. OFFICIALS **LINA SHEPARD AND MR.HAWK**: WHO CAME TO ME AFTER I WAS ASSAULTED BY INMATES AND OFFICERS HERE AT ELMORE CORRECTIONAL FACILITY IN 2016_-2017. WHERE I WAS SHIPED TO BULLOK PRISON AFTER I FILED A COMPLAINT AGAINST THE OFFICIALS. WHERE IM MENTAL HEALTH, AND ON MEDICATION FOR MY **SCIKNESS** AND SEE THERPHIST FOR MY PROBLEMS.

THE NEGLECT BY THE OFFICIALS AND I WAS TARGETTED BY OFFICERS PLACING HITS ON INMATES I WAS WHEN I WAS ASSAULTED BY THIS **INMATE IN ELMORE PRISON.** THE LACK OF SECURITY IN THIS PRISON IS VERY DANGERIOUS, AND THE OFFICERS ARE NO BETTER COMING TO WORK WANTING TO "FIGHT" EVER DAY FOR NO REASON AT ALL, EITHER DRUNK OR JIGH ON SOMTHING OR DRUGED ON SOME PROTINE DRINK-BUST-BUSTER-MONSTER DRINK. WHICH HAS THE OFFICER THINKING AS "HULK-HOGGAN." BUT WITHOUT A **FELONY OR A TRAFICKET-TICKET:**

ALOYSIUS THADDEUS HENRY.#152683. WAS SATBBED IN THE "LUNG'S" IN **MAY 2020** WHILE AT BULLOCK PRISON. WHERE NO OFFICER WAS IN THE DORM AT ALL, OR ROVER ON THE FLOOR OF BULLOCK PRISON. THIS WAS NEGLENCE ON THE OFFICIALS. A 8th AND 14TH AMENDMENT VIOLATION FAILURE TO PROTECT VIOLATION OF A.D.O.C. RULES OF DORM OFFICERS A.R.508 AND DORM-ROVER A.R.506 CLEARLY VIOLATED BY THE OFFICIAL SEE DOCUMENTTATION AND EXHIBITS AND EVIDEENCE OF PICTURES:

Nothing was done at all. No Charges no one went to Jail at all at Elmore for Assaulting me.

I've been under constant Threats and Assaults. I'm Also A.D.A. Therefore before Judge Myron Thomp, in 2016 see; Exhibit A Attached

PLAINTIFF STATES THAT THE LAW LIBARY IS VERY INADEQUATE WITH NO CARBON FOR THE TYPE WRITTERS AND NO TYPING PAPER FOR THE INMATES OR *Enuevers* EVEN UPON REQUESTING FOR EXTRA PAPER. WHERE THE LAW LIBARY ALSO NEEDS NEW TYPE WRITTERS FOR THE LAW LIBARY. AND ALSO THE PRINTER IS NEEDED SO THAT INMATES CAN PRINT OFF CASES JUST LIKE THEIRS ARE SIMILURE TO THEIRS AND IT CAN BE SHOWN TO THE COURTS AS OF THE CITING(S).LACK OF PRINTER FOR THE LAW LIBARY AND WHITE-OUT CORRECTION LICQUID PAPER. *Also no up to date Lawyers Dictionary 2020 for the Law Libary at Elmore no -printer which is Needed. Bad (Y.A.I).*

PLAINTIFF STATES THAT HE HAS NOT RECEIVED ANY TREATMENT AFTER HIS INJURIES BY ANY DOCTOR OR PHYSICAL THERAPY DOCTOR. WHERE THE OFFICERS HERE AT ELMORE NO'S ABOUT THIS INCIDENT WITH THE PLAINTIFF'S FROM BEING ASSAULTED HERE AT ELMORE PRISON. *In May 2020, Plaintiff Aktsmus pen's was Stabed 3-Times in the Back. Punckim Right-Lung.*

PLAINTIFF STATES THAT AN INCIDENT REPORT WAS DONE AND GIVEN TO SGT, SIMMONS AND I ALSO WENT TO RECEIVE A BODY CHART FOR MY INJURIES FROM BEING BEAT WITH A STICK AND BELT ACROSS MY BACK WHERE **INVESTIGATIONS & INTELLIGENCE DIVISION MS. LENA SHEPHERD, AND MR. TODD HAWKES.Z** TOOK PICTURES OF MY INJURIES TO MY BODY AND THEY ALSO CAME TO SEE ME UPON MY TRANSFER TO BULLOCK PRISON FROM ELMORE PRISON. CASE NUMBERS ON COMPLAINT. 18-2303 18-3084 AND 18-3122. REGARDING THE USE OF FORCE CASE(S).NOTHING CAME FROM THIS AT ALL AFTER BEING ASSAULTED BY THE OFFICERS AND THE INMATE.

PLAINTIFF STATES THAT THE LACKOF CLEANING SUPPLIES AND DOING THIS TIME OF THE CDSCD-19 THIS DEADLY WHERE THE INMATES HAVE NOT EVER RECEIVED ANY CLEANING SUPPLIES FOR THE DORMS AND THE INMATES HAVE NOT RECEIVED ANYTHING AT ALL TO KEEP DOWN WHAT EVER. *See Exhibit attached. A Trow Anytous F. BLM 182685 Many*

PLAINTIFF STATES THEE INSIDE OF THE BUILDINGS ARE FULL OF ASBESTIUS AND LEAD PAINT WITHIN THE WALLS AND SELLING OF THE BUILDINGS AND CONCREAT IS *In Showers- Ceilings also.* OLD AND MELDUED JUST AS THE SHOWERS ARE ALSO MELDUED AND THE SHOWER FLOORS AND THE WALLS OF THE SHOWERS. WHERE WITH 196 OR 197 INMATES WITH ONLY (4)-SHOWER"S IS UNCONSTITUTIONAL AND INHUMAINE. *(1)- Urinal -- Middle.3 all in the ceiling of the Bathroom And walls of the Bathroom.*

PLAINTIFF STATES THAT THE DORMS ARE ALWAYS LOCKED DOWN AND THEIR IS NO PROPER AIR FLOW THREWOUT THE BUILDING IN ORDER FOR THE INMATES TO RECEIVE FRESH AIR TO HELP WITH THEIR BREATHING. AND WHERE THEIR IS NOT THE PROPER AIR FLOW INMATES CANNOT RECEIVE THE PROPER AIR FLOW WITHIN THE BUILDINGS HERE AT ELMORE PRISON. ALSO THE BATHROOMS ARE DISORDERED AND HAS ONLY (1) URINAL FOR OVER (196) INMATES WITHIN A DORM. THIS IS NOT RIGHT AND ONLY (8) TOLETS AND (8) SINKS FOR OVER (196) INMATES AND THE FIRE MARSHALL OF ELMORE COUNTY, ALABAMA AND THE HEALTH DEPARTMENT OF ELMORE COUNTY ALABAMA WILL BE HELD LIABLE FOR WHAT EVER HAS HAPPEN AT THIS CAMP HERE IN ELMORE COUNTY, ALABAMA.

PLAINTIFF STATES ALL COUNTY COMMISSIONERS AND CITY COUNSELMEN WILL BE HELD LIABLE FOR THE NEGLECT OF THE BUILDING HERE AT ELMORE PRISON WHICH IS CONDEM AND CANNOT BE MAINTAINED PROPERLY [old-pipes] DUE TO THE DOWNPORE OF THE BUILDING WHICH IS IN BAD CONDITION [loose wires showers] AND ASBESTISTA [everywhere] IS ALL WITHIN THIS [and all] BUILDINGS AND ALSO LED-PAINT FROM OVER THE YEARS [38] PAINTING OVER PAINT OVER PAINT WHICH WAS LEAD PAINT FROM THE EARLY 90's AND EARLY LATE 80's AND THIS LED PAINT IS THEIR AND ASBESTISTA DUST PATRICALS THAT YOU CANNOT SEE WITH YOUR OWN EYES THAT YOU BREATH IN UPON AIR FLOW. THE AIR IS BAD HERE FOR THE INMATES WITHIN THE DORMS DUE TO THE VENTALATION. AIR FLOW IS NOT GOOD AT ALL WITHIN THE DORM OF THE BUILDINGS HERE AT ELMORE. THEIR IS ALSO NO MEDICAL STAFF HERE IN THE CASE OF AN EMERGENCY. WHERE INMATES WHO DIED HERE COULD HAVE BEEN SAVED IF THEIR WAS A HEALTH CARE UNITE AT ELMORE JUST AS AT STATON, BULLOCK, VENTRESS, EASTERLING, AND ALL OTHER CAMPS WITHIN THE STATES AS OF A.D.O.C. THIS IS THE ONLY PRISON THAT DOES NOT HAVE A MEDICAL FACILITY, THEREFORE THIS PLACE SHOULD BE CLOSED FOR GOOD DUE TO THE LACK OF MEDICAL, LACK OF SECURITY, SAFETY, ON GOING KILLINGS THAT WILL NOT STOP, OFFICERS WORK HERE NEGLECT THEIR JOBS AND TURNED A BLIND EYE ON C. JACKSON COI, WELKES NIGHT SHIFT WHO ALLOWED C. JACKSON TO DIE AND DID NOT CAAL FOR ANY HELP FOR THIS INMATE, WRONGFULL DEATH FOR C. JACKSON. [Every cubic in Elmore Has A Telethone To B.71 (911) That's what 911 is For Correct? Why bodos the April (911) 3]

On The 8-21-2020. Plaintiff M. Hearn states COI. Mahone, COI. C. Johnson, SGT. Hall, SGT. Rogers, Captain McKee, Warden, Baldwin All Have Been was Told of The Harassment From These Officers. And Plaintiff Also Told SGT Gynard wrote Chris Price, Jefferson Bean Cell I, not Also of the Harassment by COI. Johnson and COI. Johnson. Where The Inmates were Allowed To go To The Canteen on The 8-21-2020. COI. Johnson Took up I.D's for B1-Dorm I The Plaintiff gave Him My I.D. To go To The Canteen, upon Entering The Canteen, COI. Mahone Begin To Make Unjust Remarks. And as I was about To speak. COI. Johnson Told Me To get out of The Kitchen Canteen Lines. So I did Just That. But knowing I done Nothing Wrong. I preseded To The Shift Office To speek with a Supervisor. Which was SGT. Hall, And SGT. Rogers. upon My Knock. And Knock again. SGT. Hall only Came Towards The Shift Office Door But would Not Respond To Me.

(1)

Where Sgt. C Johnson Was Above calling out his CB-Radio as I was Told To get out of the Kitchen Canteen Line by Cpl. C Johnson. For Sgt. Hell and Sgt. Rogers To Turn a "BLIND" "EYE" And Should To NOT hear me Call out FOR his help. To Also Turn a "DEFF-EAR" AS A "SUPERVISOR" To Make Sure "all" Inmates are "SAFE" "SECURE" "Treated FAIRLY" "Equally" "Protected From HARM" "To Not be ABused" Sgt. Hell and Sgt. Rogers Both Turned A "DEFF-EAR" And Turned A "BLIND-EYE" To MY problem, where if MY OR Another Persons Life was In Danger. Then This Inmate Would Have been Harmed only Because of The "Supervisors" "Neglect" and "Intentional Affliction" To Cause Harm and Violate Their own Rules of A.R. 208. Official Conduct is Very Bad-Dangerous. Don't Care about No Inmates Life are Well Being. Where I Left had Went Back To MY Dorm-B1- And Wrote This Complaint up about These Officers _ And Their unprofessional ACT'S And (2) To cause HARM or Death by Neglect ACT'S Done on purpose.

PLAINTIFF STATES THAT THE DORMS WITHIN THE BUILDINGS ARE UNFIT TO LIVE IN WHERE THE COUNTY HEALTH DEPARTMENT SHOULD HAVE CLOSED THIS PLACE DOWN YEARS AGO. WHERE THE FIRE AND SAFETY MARSHALL AND HEALTH DEPARTMEMT WILL BE HELD LIABLE FOR THIS BUILDING AND ANY INJURIES THAT HAS HAPPEN AT THIS PLACE WHILE EVERYONE NEW OF THIS PROBLEM, WHERE THE DEPARTMENT OF CORRECTIONS HAS BEEN HAD WARDENS FROM OTHER CAMP"S COME AND STATE THAT THE CAMP IS SUTIABLE TO RUN AND IT"S UP KEEP IS VERY GOOD. WHICH IT IS NOT AT ALL. THE BUILDINGS ARE COMDEM AND THE PLUMBING IS BAD AND THE WARTER IS LIKE SUAGE AND THE KITCHEN IS FULL OF RATS AND ROCHES AND MICES AND MOLD IS ALL IN THE ROOF OF THE BATHROOMS CEILING AND WALLS OF THE BATHROOMS AND THE PLUMBING IS STOPED UP AND THEIR IS NO PROPER VENTALATION WITHIN THE T.V. ROOMS AND THE DOORMS, WHERE THE WINDOWS ARE COVERED WITH BAR-B-QUE SCREEN AND THE CUBIC FOR WHICH THE OFFICERS ARE STATIONED IN HAS REINFORCEMENT AROUND THE WINDOWS DOORS FOR THEIR SAFEITY IN THE CASE OF INMATES RIOT"S. WHERE OFFICERS ARE ALSO WRITTING UP BOGUS DISCIPLINARYS ON INMATES, AND THE FOOD IS NOT AT ALL NUTRISHING AT ALL AND THE SPOONS AND GLASSES AND ALWAYS DIRTY AND THE KITCHEN IS DUE TO BE ALSO CLOSED. WHERE THE KITCHEN WORKERS ARE NOT BEING PROVIDED WITH CLEAN CLOTHING BY THE OFFICIALS AT ELMORE PRISON WHERE THE INMATE ALMOST HAS TO FIGHT TO RECEIVE CLOTHING FROM THE BACKGATE. WHERE THIS PRISON IS DUE TO BE CLOSED DOWN AT ONCE.

### RELIEF SOUGHT

WHERE REQUESTING A TRIAL BY JURY, AND ANYOTHER RELIEF SOUGHT IN THIS CIVIL CLAIM, $100.000 PUNTIVE DAMAGES FROM ALL DEFENDANTS.ACTUAL DAMAGE $100.000 DAMAGES COMPENSATORY DAMAGES $100.000 DAMAGES FROM ALL DEFENNANTS ALSO AN INJUNCTION PLACED AGAINST DEFENDANTS,WORKING INMATES IN TRASH AND NOT PAYING THEM AS OTHER INMATES WHO WALK THE ROAD GET PAID,WHATS THE DIFFRENCE?   DONE THIS 25th DAY OF  Sept  2020.
PLAINTIFF _Jimmy Hollins et al_  PLAINTIFF _Anthony To Hry et al_

Constitutional Rights

APPOINTMET OF CIVIL case COUNSELOR'S

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

TO HAVE A JURY TRIAL, AN INJUNCTION, A RESTRAINING ORDER PLACED ON DEFENDANTS AND A FUUL INVESTIGATION ON ALL MATTERS OF ASSAULTS ON INMATES BY OFFICERS HERE AT ELMORE PRISON AND HAVING HITS PLACED ON INMATES BY OFFERS AT ELMORE WHERE INMATES NEED ATTORNEYS, AND MENTAL HEALTH COUNSLORS, CLASSIFICATION IS ALSO BROKE DOWN, SUPERVISORS NO OF ASSAULTS AND DEATHS AND WANT DO NOTHIN TO ASST IN ARRESTING OFFICERS OF NEGLECT. PUNTIVE DAMAGES $500.000 EACH DEFENDANT. $600.000 COMPENSATORY DAMAGES EACH DEFENDANT. $400.000 ACTUAL DAMAGES EACH DEFENDAMT. ANY OTHER RELIEF THE COURTS SEE FIT, WHERE ALL MENTAL HEALTH INMATES THAT NEED HEALP.

_____
Signature of plaintiff(s)

Et, al

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-28th, 2020
                (Date)

_____
Signature of plaintiff(s)

MR. Jimmy Hoffield, 224418
2690 Marion Spillway Rd
Elmore, Al 36025
B1-6-A

Legal — Mail

Free
IF Noted




Office of The Court Clerk
United States Middle District of Alabama
United States District Court
Montgomery, AL 36104