# LEVEL 1

*These officers, officials are doing nothing whatsoever here at Gilmore prison.*

# WATCHFUL WAIT

*July 2020 — put out by Warden Baldwin, Captain McKee, Captain Riuerre?*



*Not even the supervisors are not*

*The officers on both shifts are not at all wearing anything*

- Staff must wear appropriate PPE when entering cell/dorm (Mask and gloves). *Not being worn at all by no officers at all. Over their faces —*

- Inmates MUST have clean masks available *Not being given out by officers at all.*

- Meals are served at the end of each meal cycle as a dorm/group *Meals not nutrishing at all. Rats, Roches, Bug's, Mice in kitchen. Kitchen unfit unclean.*

- Hygiene and cleaning supplies available to inmates *were not being given out at all*

- Bathrooms and showers are to be cleaned after use *Fall of mod-warmer*

- Please use RED HAZARD bags outside cell/dorm door to dispose of PPE's *Wont give us any bags at all for garbage cans*

- Inmate movement is restricted. *Keeping doors locked all night not locked behind bar-3-one-wire windows. No officers as of A.R. 506. 508.*

- Inmates escorted to medical or mental health units as a dorm/group *were being denied adequate medical attention treatment from A, B or Cs and medical turn ups A.R. 708*

- Yard time separate from general population while maintaining 6 ft. of social distancing *when yard all. All dorms should open. Inmates should be also allowed to visit with dorms.*