**Gordon, Brian (DOC)**

From: Hawkes, Todd (DOC)
Sent: Tuesday, May 7, 2019 3:34 PM
To: Gordon, Brian (DOC)
Cc: Shepherd, Lena (DOC); Gallew, David (DOC)
Subject: RE: Aloysius Henry, 152683

Good Afternoon,

Inmate Aloysius Henry's, 152683 complaint was forwarded to investigations along with 5 other inmates complaints on July 11, 2018 - reference cases 18-2303, 18-3084 and 18-3122.

Todd

Lieutenant Todd Hawkes
Investigations & Intelligence Division
STG-IU
Office- (334) 353-8912
State Cell- (334) 239-1051

*[Handwritten annotation:]* Nothing was done about be being assaulted by officers and inmates at Elmore prison at all. Now I'm back here being harassed and threaten with custody. To be moved to Limestone work release.

EXHIBIT A

CONFIDENTIALITY NOTICE:
This e-mail message including any attachments of any type are covered by the Electronic Communications Privacy Act, is confidential and may include legally protected information. In addition the information contained in this email is protected under AR023 and I&I SOP-023, as it may relate to ongoing criminal investigations. This information may not be disseminated to any other persons without the authorization of the I&I Director. If you are not the intended recipient or you have received this e-mail message by mistake, printing, copying, storing or disseminating in any way is prohibited and do doing so could subject you to civil and/or criminal action. Please notify the sender you have received this e-mail by mistake and delete all information contained in and attached to this email.

From: Gordon, Brian (DOC)
Sent: Friday, May 3, 2019 9:19 AM
To: Shepherd, Lena (DOC) <Lena.Shepherd@doc.alabama.gov>; Hawkes, Todd (DOC) <Todd.Hawkes@doc.alabama.gov>
Subject: Aloysius Henry, 152683

Good morning, I had inmate Aloysius Henry, 152683 ask me to contact you regarding his use of force case. He said it happened back in 2017 and he has not heard anything regarding the outcome.

*[Handwritten annotation:]* Neglect. 8th 14th Violation of A. D.O.C.

*[Handwritten at bottom:]* I've been under constant threats and assaults by officers. And I.N.I officers new ariti. Also just stabbed in leg may. 20 26 at Bullock. Move to Bullock south.